# Third District Court of Appeal

## State of Florida

Opinion filed February 1, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2427
Lower Tribunal No. 20-24333 CC
_____

**Lucnar, LLC,**
Appellant,

vs.

**Title Now, LLC,**
Appellee.

An Appeal from a non-final order from the County Court for Miami-Dade County, Ayana Harris, Judge.

Dennis A. Donet, P.A., and Dennis A. Donet, for appellant.

Schneider Law Firm, P.A., and Leslie Mark Schneider (Ft. Lauderdale), for appellee.

Before LOGUE, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Geer v. Jacobsen, 880 So. 2d 717, 721 (Fla. 2d DCA

2004) ("These conclusory assertions were insufficient because they did not

set forth a material issue of fact or establish legal grounds constituting a meritorious defense.").